UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SIGNAL MUTUAL INDEMNITY ASSOCIATION, LTD., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **CSR, LTD. F/K/A COLONIAL SUGAR, ET AL.** | **NO.:15-00633-BAJ-EWD** |

## RULING AND ORDER

**IT IS ORDERED** that the **Motion for Voluntary Dismissal (Doc. 6)**, filed by Plaintiffs Signal Mutual Indemnity Association, Ltd. and Baton Rouge Marine Contractors, Inc. ("Plaintiffs"), is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs' claims against Defendants South African Marine Corporation, LTD., Industrial Development Corporation of South Africa, LTD., SSA Gulf, Inc., Frank Beason, Jr., Ramsey Scarlett & Company, Gerald Chustz, Ernest Levering, III, Liberty Mutual Insurance Company, and Louisiana Insurance Guarantee Association are **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 3rd day of March, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**